IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Johnnie D. Cook,

    Plaintiff(s),

vs.

Warden Ron Erdos, et al.,

    Defendant(s).

Case Number: 1:18cv341

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 20, 2018 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 5, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, therefore, plaintiff is DENIED leave to appeal *in forma pauperis*. See *McGore v. Wrigglesworth*, 114F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

                                                  Judge Susan J. Dlott
                                                United States District Court